IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK COATES,<br><br>     *Petitioner*,<br><br>v.<br><br>DISTRICT ATTORNEY OF ALLEGHENY COUNTY, *et al*,<br><br>     *Respondents*. | Civil Action No. 2:19-cv-804<br><br>Hon. William S. Stickman IV<br>Hon. Patricia L. Dodge |

## **ORDER OF COURT**

AND NOW, this **22** day of June 2022, after Petitioner, Frederick Coates, filed a Petition for Writ of Habeas Corpus (ECF No. 4), and after a thorough Report and Recommendation was filed by Magistrate Judge Patricia L. Dodge recommending the denial of all Petitioner's claims and the denial of a certificate of appealability (ECF No. 21), and having received no objections, the Court hereby ADOPTS Magistrate Judge Dodge's Report and Recommendation as its Opinion.

IT IS HEREBY ORDERED that Petitioner's Writ of Habeas Corpus is DENIED.

IT IS FURTHER ORDERED that that a certificate of appealability is DENIED. Reasonable jurists would not find the Court's conclusion – i.e., that each of Petitioner's claims is without merit – debatable or wrong.[1]

---

[1] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004).

AND, IT IS FINALLY ORDERED that, pursuant to Federal Rule of Appellate Procedure 4(a)(1), if Petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

The Clerk is directed to mark this CASE CLOSED.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE